# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 5D2025-3780
LT Case No. 27-2025-SC-2649

—————————————————

WAYNE DINES,

    Appellant,

    v.

THERESA LAFACE,

    Appellee.

—————————————————

On appeal from the County Court for Hernando County.
Barbara-Jo Bell, Judge.

Wayne Dines, Spring Hill, pro se.

Theresa Laface, Spring Hill, pro se.

July 14, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and MAKAR and SOUD, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————